*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

| | |
|---|---|
| Date: **October 15, 2014** | **HONORABLE MICHAEL E. ROMERO, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **LEONID SHIFRIN** | Debtor. | **Case No. 12-22722 MER**<br>**Chapter 7** |
| | **HARVEY SENDER, Chapter 7 Trustee** | Plaintiff | **Adversary Proceeding**<br>**No. 14-9991 MER** |
| | | v. | |
| | **Various Defendants (Complex Case Proceeding** | Defendants. | |

Appearances

| | | | |
|---|---|---|---|
| Plaintiff | | Counsel | **Stephanie Kannan/Kirstin Kanski** |
| Defendant | **Mannheim Remarketing** | Counsel | **Neal Dunning** |
| Defendant | **Qilly Shifrin, et al.** | Counsel | **Vladamir Shifrin** |
| Defendant | **Discover** | Counsel | **Judy Thompson** |
| Defendant | **American Express** | Counsel | **Darryl Laddin** |
| Defendant | **Citigroup** | Counsel | **Ashley Calhoun** |
| Defendant | **Michael Haase** | Counsel | **Kimberly Tyson** |

Proceedings:     **Complex Case Status and Scheduling**

Orders:

[X]     **The firm date to file answers and/or responsive pleadings in all adversaries is November 28, 2014.  Discovery shall commence after that date.**

[X]     **On or before December 3, 2014, counsel for the Plaintiff shall circulate a proposed discovery scheduling order for review and comment.  The draft discovery order shall be forwarded to the Court by email to <u>courtroomd@cob.uscourts.gov.</u> prior to the continued scheduling conference.**

[X]     **The Court will hold a continued scheduling conference on Wednesday, December 10, 2014, at 10:30 a.m.  Parties wishing to participate by telephone may call 720-904-7499.  The User ID is 1128.**

Date: **October 15, 2014**

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____